In the Matter of the Application of GARDEN ESTATES, INC., and CITY HOUSING CORPORATION, Appellants, for a Certiorari Order against HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents, and ESSANARR GARAGE CORPORATION, Intervenor, Respondent.— Order confirming the determination of the board of standards and appeals and dismissing the order of certiorari reversed on the law and the facts, with costs, certiorari order sustained and the determination of the board of standards and appeals annulled on the merits. The record is barren of facts, pertinent and material, to sustain the grounds of the decision appealed from, and the return fails to show any facts from which the inference of hardship may be drawn. (*People ex rel. Fordham M. R. Church* v. *Walsh*, 244 N. Y. 280.) Lazansky, P. J., Hagarty and Scudder, JJ., concur; Carswell, J., dissents and votes to affirm, with the following memorandum: The matter is one which rests in the discretion of the board. A sufficient though somewhat imperfectly evidenced basis for its action appears in the record. A court should not substitute its discretion for that of the body to whom the statute intrusts the exercise of discretion. Kapper, J., not voting.

In the Matter of the Final Judicial Settlement of the Account of JAMES C. CRANE, Administrator of MARY ELLEN MURRAY, Deceased. JAMES C. CRANE, Appellant; WILLIAM RICHMAN and JOHN J. BENNETT, JR., Respondent. (Appeal No. 1.) — Appeal from order of the Surrogate's Court of Richmond county denying motion for a final judicial settlement of the account discontinued, without costs. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur. [151 Misc. 7.]